435 A.2d 1319

Commonwealth v. Morrelli, Appellant.

Submitted November 14, 1980.  Joseph G. Kanfoush, for appel-

646

lant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.